IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 23-22168-JAD |
| Jerrold M. Howard ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |
| ) | Related to Doc. |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| Jerrold M. Howard ) | |
| ) | |
| Respondent(s) ) | |

## WITHDRAWAL OF OBJECTION OF CHAPTER 13 TRUSTEE TO AMENDED EXEMPTIONS

The Objection that was filed in the above-referenced case on February 1, 2023 (document #45) is hereby WITHDRAWN. The hearing scheduled for March 6, 2024 is canceled.

Respectfully submitted,

2/23/2024                /s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-22168-JAD |
| Jerrold M. Howard | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Related to Doc. |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Jerrold M. Howard | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Jerrold M. Howard
513 Vogels Lane
Verona, PA 15147

Albert G. Reese, Jr., Esquire
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA  15235

<u>2/23/24</u>                                             <u>/s/ Rosa M. Richard</u>
Date                                               Office of the Chapter 13 Trustee
                                                           US Steel Tower – Suite 3250
                                                           600 Grant Street
                                                           Pittsburgh, PA  15219
                                                           (412) 471-5566