# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 23-22168-JAD |
| ) | |
| ) | Chapter 13 |
| Jerrold M. Howard ) | |
|     Debtor ) | Doc. No.: |
| ) | |
| ) | Related to Claim No.: 3 |
| Jerrold M. Howard ) | |
|     Movant ) | |
|     v. ) | |
| ) | |
| U.S. Bank Trust National Ass. etal and ) | |
| Ronda J. Winnecour, Trustee, ) | |
|     Respondents ) | |

## **DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to U.S. Bank Trust National Association's Notice of Mortgage Payment Change dated May 3, 2024, the Debtor's current escrow payment for account number ending in **9277** is **$178.55**. The new escrow payment is **$174.93**. The new total mortgage payment is **$644.48** effective June 21, 2024. The Debtor will pay the escrow shortage in addition to his regular monthly Chapter 13 plan payment.

Dated: **May 7, 2024**

                                                             Respectfully submitted by:
                                                             **/s/** Jerrold M. Howard
                                                             Jerrold M. Howard

Dated: **May 7, 2024**

                                                             Respectfully submitted by:
                                                             **/s/ Albert G. Reese, Jr., Esquire**
                                                             Albert G. Reese, Jr., Esquire
                                                            Attorney for Debtor
                                                            PA ID #93813
                                                            640 Rodi Road, 2nd Floor, Suite 2
                                                            Pittsburgh, PA 15235
                                                            (412) 241-1697
                                                            (412) 241-1687(fax)
                                                            areese8897@aol.com