**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: ) | |
| ) | |
| JERROLD M. HOWARD ) | BANKRUPTCY CASE NO. 23-22168 |
|       Debtor ) | |
| ) | MOTION NO. |
| PEOPLES NATURAL GAS COMPANY, ) | CHAPTER 13 |
| LLC ) | |
|       Movant, ) | Doc. # 73 |
|   vs. ) | |
| ) | |
| JERROLD M. HOWARD, and RONDA J. ) | |
| WINNECOUR, ESQUIRE, Trustee ) | |
|       Respondents. ) | |

FILED
6/6/24 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, to-wit, this  6th  day of  June , 2024, upon Motion of the Peoples Natural Gas Company, LLC, service of the same upon Debtor and Debtor's Counsel and failure of the same to Object or Respond, it is hereby ORDERED, ADJUDGED and DECREED that:

1.     The Debtor has failed to pay their utility bills and/or security deposit to the Peoples Natural Gas Company, LLC as and when they became due post petition.  The Peoples Natural Gas Company, LLC is entitled to be paid for this administrative claim and either to terminate utility service to the Debtors or be granted adequate assurance of future payment.

2.     The Court finds that continued utility service is necessary for an effective reorganization by the Debtors.   Therefore, the administrative claims of the Peoples Natural Gas Company, LLC as set forth in the foregoing Motion are hereby allowed and are to be paid through the Chapter 13 Plan.  In addition, as further adequate assurance of payment, the Debtor is hereby ordered to hereafter make the monthly budget payment for utility service provided by Peoples Natural Gas Company, LLC through the Trustee as part of the Chapter 13 Plan.  The budget payment as of the date of this Order is $115.00.  **The total amount to be included in the Plan, including budget and arrearages, is set forth in paragraph four (4) of this Order.**

      3.      In order to pay the combined administrative claims and ongoing budget of the Peoples Natural Gas Company, LLC, the Plan payment must be increased.   Distribution to Peoples Natural Gas Company, LLC must begin effective beginning in July of 2024.

      4.      To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $134.51 shall be distributed to the Movant, the Peoples Natural Gas Company, LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Natural Gas Company, LLC.

      5.      If the ongoing budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Natural Gas Company, LLC in accord with its usual procedures upon notice to the Debtor or his or her attorney and the Chapter 13 Trustee.   Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtor.

      6.      If the counsel for the Debtor has not consented to the Order by signing below, this Order is entered by Default subject to the Debtor's right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

      7.      Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Natural Gas Company, LLC as set forth in this Order within fifteen (15) days of the date of this Order.  Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

      8.      The debtor's post petition account number is xxxxxxxx5606.

BY THE COURT:

_____ jsf   J.
Jeffery A. Deller

cc: Jeffrey R. Hunt, GRB Law, 525 William Penn Pl., Suite 3110,  Pittsburgh, Pa. 15219

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22168-JAD |
| Jerrold M. Howard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 06, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

**Recip ID       Recipient Name and Address**
db           +  Jerrold M. Howard, 513 Vogels Lane, Verona, PA 15147-1219

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024                       Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

**Name**                **Email Address**

Albert G. Reese, Jr.
on behalf of Debtor Jerrold M. Howard areese8897@aol.com
agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Daniel Philip Jones
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise Carlon
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

District/off: 0315-2  User: auto  Page 2 of 2
Date Rcvd: Jun 06, 2024  Form ID: pdf900  Total Noticed: 1

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 8