**DEFAULT O/E JAD**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 23-22168-JAD |
| | ) | |
| Jerrold M. Howard | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: 90 |
| Jerrold M. Howard | ) | |
|     Movant | ) | Hearing Date & Time: |
| | ) | August 13, 2024 @ 11:00 A.M. |
| | ) | |
| v. | ) | |
| | ) | FILED |
| | ) | 8/12/24 12:08 pm |
| Ronda Winnecour, Trustee | ) | CLERK |
|     Respondent | ) | U.S. BANKRUPTCY |
| | | COURT - WDPA |

**ORDER**

It is hereby **ORDERED, ADJUDGED**, and **DECREED** that the Debtor's Motion to Dismiss Chapter 13 Case without prejudice is **GRANTED**.

Dated: August 12, 2024

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

jsf

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22168-JAD |
| Jerrold M. Howard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerrold M. Howard, 513 Vogels Lane, Verona, PA 15147-1219 |
| cr | + | U.S. Bank Trust National Association, not in its i, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 15646377 | | Allegheny County, 300 Fort Pitt Commons, Building 445 Fort Pitt Blvd, Pittsburgh, PA 15219 |
| 15646381 | + | Duquesne Light, PO BOX 67, Pittsburgh, PA 15267-0067 |
| 15646384 | + | Jordan Tax Services, Inc., PO Box 200, Bethel Park, PA 15102-0200 |
| 15646388 | + | Riverview S.D., % 336 Delaware Ave Dept L, Oakmont, PA 15139-2120 |
| 15669559 | + | WM Corporate, 2550 W Union Hills Dr, Phoenix, AZ 85027-5163 |
| 15646391 | + | Waste Management Headquarters, 1001 Fannin Street, Houston, TX 77002-6717 |
| 15646392 | + | Weiss Burkardt Kramer, 445 Fort Pitt Boulevard, Suite 503, Pittsburgh, PA 15219-1308 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2024 00:06:47 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Aug 12 2024 23:58:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 12 2024 23:58:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 12 2024 23:58:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15646378 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 00:17:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15646379 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 13 2024 00:04:56 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15646380 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 13 2024 00:06:47 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 15646382 | + | Email/Text: ebnjts@grblaw.com | Aug 12 2024 23:58:00 | Goehring, Rutter, & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15646383 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 12 2024 23:58:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15646385 | + | Email/PDF: pa_dc_claims@navient.com | Aug 13 2024 00:06:51 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 15646386 | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 12 2024 23:59:00 | Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 15646387 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2024 23:58:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15654959 | + | Email/Text: ebnpeoples@grblaw.com | Aug 12 2024 23:58:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15646389 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 12 2024 23:59:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15646390 | + | Email/Text: bknotices@snsc.com | Aug 12 2024 23:59:00 | Sn Servicing Corporati, 323 5th St, Eureka, CA 95501-0305 |
| 15668403 | ^ | MEBN | Aug 12 2024 23:48:27 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15663526 | * | Allegheny County, 300 Fort Pitt Commons, Building 445 Fort Pitt Blvd, Pittsburgh, PA 15219 |
| 15663527 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15663528 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15663529 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 15663530 | *+ | Duquesne Light, PO BOX 67, Pittsburgh, PA 15267-0067 |
| 15663531 | *+ | Goehring, Rutter, & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15663532 | * | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15663533 | *+ | Jordan Tax Services, Inc., PO Box 200, Bethel Park, PA 15102-0200 |
| 15663534 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15663535 | *+ | Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 15663536 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15663537 | *+ | Riverview S.D., % 336 Delaware Ave Dept L, Oakmont, PA 15139-2120 |
| 15663538 | *+ | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15663539 | *+ | Sn Servicing Corporati, 323 5th St, Eureka, CA 95501-0305 |
| 15663540 | *+ | Waste Management Headquarters, 1001 Fannin Street, Houston, TX 77002-6717 |
| 15663541 | *+ | Weiss Burkardt Kramer, 445 Fort Pitt Boulevard, Suite 503, Pittsburgh, PA 15219-1308 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2024    Signature:    /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 25

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Jerrold M. Howard areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Brent J. Lemon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Daniel Philip Jones | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 9