**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JERROLD M. HOWARD<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>        Movant<br>    vs.<br>No Respondents. | Case No.:23-22168 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/13/2023 and confirmed on 01/23/2024. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,469.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,464.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 617.61 | |
|     Trustee Fee | 88.14 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 705.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|     US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 758.25 | 0.00 | 758.25 |
|         Acct: 9227 | | | | |
|     US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 9227 | | | | |
|     US BANK TRUST NA - TRUSTEE ET AL | 36,046.63 | 0.00 | 0.00 | 0.00 |
|         Acct: 9227 | | | | |
|     COUNTY OF ALLEGHENY (RE TAX)* | 4,085.89 | 0.00 | 0.00 | 0.00 |
|         Acct: 3153 | | | | |
|     JORDAN TAX SERVICE INC** | 2,069.86 | 0.00 | 0.00 | 0.00 |
|         Acct: R361 | | | | |
|     PA MUNICIPAL SERVICE CO | 1,070.53 | 0.00 | 0.00 | 0.00 |
|         Acct: 0361 | | | | |
|     WEISS BURKARDT KRAMER LLC | 20,400.37 | 0.00 | 0.00 | 0.00 |
|         Acct: R361 | | | | |
|     WEISS BURKARDT KRAMER LLC | 4,120.14 | 0.00 | 0.00 | 0.00 |
|         Acct: R361 | | | | |
|     CAPITAL ONE AUTO FINANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 1001 | | | | |

| 23-22168 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 758.25 |

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JERROLD M. HOWARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JERROLD M. HOWARD | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALBERT G REESE JR ESQ | 4,047.38 | 617.61 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 7,371.67 | 0.00 | 0.00 | 0.00 |
| Acct: 3443 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5606 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 850.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9227 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,548.89 | 0.00 | 0.00 | 0.00 |
| Acct: 6347 | | | | |
| INTERNAL REVENUE SERVICE* | 2,647.51 | 0.00 | 0.00 | 0.00 |
| Acct: 3443 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6058 | | | | |
| DEPARTMENT OF EDUCATION/NAVIENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1210 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0419 | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2752 | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4537 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4112 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0932 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| WASTE MANAGEMENT* (PMT) | 429.02 | 0.00 | 0.00 | 0.00 |
| Acct: 2304 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                    758.25

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 8,221.67 |
| SECURED | 67,793.42 |
| UNSECURED | 5.625.42 |

Date: 09/04/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com